UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUCCESS SYSTEMS, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 10-10299-MLW |
| TAMMERICA LYNN, et al., | * | |
| Defendants. | * | |

ORDER

July 18, 2011

TAURO, J.

After a Hearing held on July 18, 2011, this court hereby orders that any activity of Plaintiff that has the effect of enforcing or collecting the default judgments against Defendant Karam entered by the United States District Court for the District of Connecticut are STAYED pending Chief Judge Wolf's decision in the pending <u>Motion to Vacate</u> [#9]. All other matters, including the matter of sanctions for any injury incurred by Plaintiff as a result of this stay,[1] are reserved for decision by Chief Judge Wolf.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge

---

[1] Specifically, Plaintiff has argued that it will suffer a loss of $2500 as a result of this stay.